**UNITED STATES of America, Plaintiff-Appellant,**

v.

**PERRY COUNTY BOARD OF EDUCATION et al., Defendants-Appellees.**

No. 30406.

United States Court of Appeals, Fifth Circuit.

June 23, 1971.

The district court shall require the school boards to file semi-annual reports during the school year similar to those required in United States v. Hinds County School Board, 5th Cir. 1970, 433 F.2d 611, 618–619.

Vacated and remanded with direction.

**UNITED STATES of America, Plaintiff,**

**v.**

**The STATE OF GEORGIA, et al., Defendants-Appellees,**

**v.**

Jerris Leonard, Asst. Atty. Gen., Brian K. Landsberg, Ross L. Connealy, Civil Rights Division, Dept. of Justice, Washington, D. C., Charles S. White-Spunner, Jr., U. S. Atty., Mobile, Ala., for appellant.

Maury D. Smith, Montgomery, Ala., for appellees.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

BY THE COURT:

The judgment of the district court as it relates to student-faculty assignment is vacated and the cause is remanded with direction that the district court require the school board forthwith to constitute and implement a faculty and a student assignment plan that complies with the principles established in Swann v. Charlotte-Mecklenburg Board of Education, 1971, 402 U.S. 1, 91 S.Ct. 1267, 28 L.Ed.2d 554, insofar as they relate to the issues presented in this case.